**Motion Denied and Order filed May 12, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00792-CV
_____

**KHALED ALATTAR, Appellant**

**V.**

**KAY HOLDINGS, INC., Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-54501**

---

## O R D E R

Appellant has filed a motion to file an appendix containing documents filed under seal in the trial court. The motion is denied.[1]

However, appellant is correct that the clerk's record filed in this court does not contain certain documents filed under seal in the trial court. Accordingly, we enter the following order.

---

[1] Rule 9.2(c) applies only to attorney in civil cases.

The Harris County District Clerk is directed to file, under seal, a supplemental clerk's record within ten days of the date of this order containing the following:

1) Exhibit B – KAY HOLDINGS 109-124
2) Exhibit C – Deposition of Robert Wheat (November 19, 2013)
3) Exhibit D – KAY HOLDINGS 108
4) Exhibit E – KAY HOLDINGS 221-222
5) Exhibit F –CASEY 4794
6) Exhibit K – Excerpts from Deposition of Kevan Casey (August 26, 2013)
7) Exhibit O – KAY HOLDINGS 125-127
8) The trial court's order sealing these records
9) Any order reflecting the parties and/or their counsel who are allowed access to view the sealed record.

If the omitted item(s) are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item(s) is not a part of the case file.

PER CURIAM